UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 14-mj-01134 |
| | ) | |
| SCOTT DOUGLAS WALLACE | ) | |

**MOTION TO DISMISS**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves this Honorable Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the pending Complaint and warrant against the defendant as the defendant has been arrested and is in custody on the underlying state charges.

Respectfully submitted,

DAVID RIVERA

United States Attorney for the
Middle District of Tennessee

_____
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-96l
Nashville, Tennessee 37203
(615)736-5151

It is so ordered:

_____
JULIET GRIFFIN